UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TERRY HARRIS, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

v.

MEDTRONIC INC., MEDTRONIC USA, INC.,

        Defendants.

Civil No. 0:23-cv-02273 (ECT/DLM)

## DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS

Defendants Medtronic Inc. and Medtronic USA, Inc. hereby move the Court, under Federal Rule of Civil Procedure 12(f) for an Order striking Plaintiff Terry Harris's class allegations. This motion is based on the foregoing Rule, the attached Memorandum, the accompanying Declaration of Richard Tabura and exhibits, and the appearance and arguments of counsel.

Dated: September 22, 2023

**GREENBERG TRAURIG, LLP**

s/ Michael M. Krauss
Robert J. Herrington (pro hac vice)
herringtonr@gtlaw.com
Richard Tabura (pro hac vice)
taburar@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Dominic E. Draye (pro hac vice)
drayed@gtlaw.com
2375 East Camelback Road

Phoenix, AZ 85016
Telephone: (602) 445-8000

Michael M. Krauss (#0342002)
Email: kraussm@gtlaw.com
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9711

***Counsel for Defendants Medtronic, Inc. and Medtronic USA, Inc.***