# UNITED STATES DISTRICT COURT
## District of Minnesota

Terry Harris,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s)

v.

Case Number: 23-cv-2273 JMB/DLM

Medtronic Inc., and Medtronic USA, Inc.,

Defendant(s)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

**1.** Medtronic's motion to dismiss (Doc. No. 43) is **GRANTED**.

**a.** Counts One through Five are dismissed **WITH PREJUDICE**.

**b.** Counts Six and Seven are dismissed **WITHOUT PREJUDICE**.

**2.** Medtronic's motion to strike Harris's class allegations (Doc. No. 47) is **DENIED** as moot.

Date: 4/4/2024

KATE M. FOGARTY, CLERK